IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOLYN SHEPARD,

        Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY; THE LITTLER MENDELSON, P.C. LONG TERM DISABILITY PLAN,

        Defendants.

No. C-16-2088 TEH

**ORDER OF DISMISSAL**

    The parties having advised the Court that they have agreed to a settlement of the above-titled action,

    IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing Order shall stand vacated and this action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED**

Dated: September 7, 2016

THELTON E. HENDERSON
United States District Judge